No. 94–1805. City of New Orleans et al. *v.* Louisiana Debating & Literary Assn. et al. C. A. 5th Cir. Certiorari denied.

No. 94–1814. Burns *v.* Reed. C. A. 7th Cir. Certiorari denied.

No. 94–1834. Alper et al. *v.* Florida Bar. Sup. Ct. Fla. Certiorari denied.

No. 94–1852. Alley *v.* General Electric Capital Corp. C. A. 7th Cir. Certiorari denied.

No. 94–1899. Perez-Aguilera *v.* United States. C. A. 11th Cir. Certiorari denied.

No. 94–6703. Kimbro *v.* Velten et al. C. A. D. C. Cir. Certiorari denied.

No. 94–7239. Henderson *v.* Baird et al. C. A. 8th Cir. Certiorari denied.

No. 94–7412. Moddon *v.* Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 94–8010. Broxton *v.* Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 94–8131. Ledbetter *v.* Edwards, Warden. C. A. 6th Cir. Certiorari denied.

No. 94–8179. Gillespie *v.* United States. C. A. 8th Cir. Certiorari denied.

No. 94–8507. Outten *v.* Delaware; and
No. 94–8512. Shelton *v.* Delaware. Sup. Ct. Del. Certiorari denied. Reported below: 650 A. 2d 1291.

No. 94–8566. Willis *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 94–8853. Quesinberry *v.* Murray, Director, Virginia Department of Corrections. Sup. Ct. Va. Certiorari denied.

No. 94–8888. Scott *v.* Singletary, Secretary, Florida Department of Corrections. C. A. 11th Cir. Certiorari denied.